UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
AUG 20 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

IN RE:

Gerald L Glover     Debtor.

Case No.: 19-00529-SMT

Plaintiff,

v.

Defendant.

Adversary Proceeding No.:

## PRAECIPE

This 20th day of August, 2019,

THE CLERK OF COURT WILL

I ask the Court to grant me an extension in my case 19-00529-SMT. The extended time will help me collect all documents and my Attorney can familiarize himself with my case.

My Matrix is of most importance and I want to be sure that I am in Compliance with all rules and regulations. Due to the amount of Creditors in my Matrix I would like to be compliant with my documents.

Signature: Gerald L Glover

Name (Printed): Gerald L Glover

Address: 128 Kenilworth Ave NE.
Washington DC 20019

Phone Number: 202-867-9716

Attorney For:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

Debtor.

GERALD L GLOVER

Plaintiff,

v.

Defendant.

Case No.: 19-00529 SMT

Adversary Proceeding No.:

### ORDER

I would like to be granted an extension involving my case 19-00529 SMT. There are materials that need to be collected and my Attorney has committed time to help me with my case. The extension will help me to be presise and adequate with all documents necessary. This would be greatly appreciated.

cc.